UNITED STATED DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　Plaintiff 　　　)<br>　　　　　　　　　　　　　)<br>　vs.　　　　　　　　　　　 )<br>　　　　　　　　　　　　　)<br>EMERSON BROOKS 　　　　　)<br>　　　　　Defendant 　　　 ) | Case No. 16-CR-20012 |

**MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL**

NOW COMES Todd Ringel of Johnson Law Group, and hereby moved this Honorable Court for the entry of an Order granting leave to withdraw as the counsel of record for the Defendant in this cause. In support thereof, counsel states the following:

1.　Counsel for Defendant was retained to represent the Defendant in this cause on July 17, 2017, and thereafter entered his Appearance as Counsel.

2.　Counsel from Johnson Law Group and Defendant appeared in court on September 29, 2017 at which time the Defendant entered into a Plea Agreement.

3.　On October 11, 2017 Counsel for Defendant was notified that the Defendant filed a Motion to Withdraw his Guilty Plea Pro-Se.

4.　Mr. Brooks contacted Counsel on October 19, 2017 and informed that he no longer wishes for Counsel to represent him.

5.　Counsel for Defendant does not wish to provide any further representation in this matter, and Defendant does not wish for counsel to do so.

6.　In addition, Counsel's continued representation will result in an unreasonable burden on same and has been rendered unreasonably difficult by the Defendant

WHEREFORE, counsel respectfully requests the entry of an Order granting leave to withdraw as Mr. Brooks' counsel in the above-entitled cause, and ordering appointment of other

suitable counsel for his representation.

                                        Respectfully submitted,
                                        EMERSON BROOKS, Defendant

                                        and

                                        TODD RINGEL, Counsel

By:    /s/ Todd Ringel
         Johnson Law Group LLC
         115 W. Front Street
         Bloomington, IL 61701
         (309) 827-3670
         Fax: (309) 827-3991
         todd@jlawgroup.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 30, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                        /s/ Todd Ringel
                                        Johnson Law Group LLC
                                        115 W. Front Street
                                        Bloomington, IL 61701
                                        (309) 827-3670
                                        Fax: (309) 827-3991
                                        todd@jlawgroup.com